AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>King, George H. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>04/29/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active-United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Suite 660
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Executor of will | family |
| 3. | Executor of will | friend |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 04/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABTL | 04/24-04/26/2015 | Los Angeles, CA | Joint Board Retreat | Hotel accomodations and applicable taxes and valet charges |
| 2. | ABTL | 10/02/-10/04/2015 | Ojai, CA | Annual Seminar | Registration fee and hotel accommodations |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 04/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. In Trust # 1 LA Financial Credit Union | A | Interest | M | T | | | | | |
| 2. In Trust #1 Real Estate Prescott, AZ (y) | E | Rent | M | S | | | | | |
| 3. Wells Fargo Bank, N.A. Savings/Checking | A | Interest | K | T | | | | | |
| 4. Universal Life Insurance (State Farm) | B | Dividend | M | T | | | | | |
| 5. Alamos Gold Inc.(AGI.WT) | | None | J | T | | | | | |
| 6. Applied Energetics | | None | J | T | | | | | |
| 7. Barrick Gold Corp (ABX) | A | Dividend | J | T | | | | | |
| 8. Belo Sun Mining Corp. (BSX) | | None | J | T | | | | | |
| 9. Centamin Plc (CEE) | | None | J | T | | | | | |
| 10. Centerra Gold Inc. (CG) | A | Dividend | J | T | | | | | |
| 11. Chaoda Modern Agriculture Holdings (0682) | | None | J | T | | | | | |
| 12. Dalradian Resources Inc. (DNA) | | None | J | T | | | | | |
| 13. Detour Gold Corp. (DGC) | | None | J | T | | | | | |
| 14. Broker #3 California Muni Money Market/ gov't cash reserves(y) | A | Dividend | M | T | | | | | |
| 15. First Majestic Silver Corp. (AG) | | None | J | T | | | | | |
| 16. Fortuna Silver Mines Inc. (FSM) | | None | J | T | | | | | |
| 17. Gold Canyon Resources Inc. (GCU) (y) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 04/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gold Standard Ventures Corp. (GSV) | | None | J | T | | | | | |
| 19. Hong Kong Dollars (HKD) | | None | J | T | | | | | |
| 20. Humana | A | Dividend | J | T | | | | | |
| 21. Iamgold Corporation (IAG) | | None | J | T | | | | | |
| 22. Broker # 1 (IRA) (y) | | None | L | T | | | | | |
| 23. International Tower Hill Mines Ltd. (THM) | | None | J | T | | | | | |
| 24. Ishares 10-20 year treasury bond ETF | A | Dividend | K | T | | | | | |
| 25. Kinross Gold Corp. (KGC) | | None | J | T | | | | | |
| 26. Lydian International Ltd. (LYD) | | None | J | T | | | | | |
| 27. Mast Therapeutics Inc. Com (Previously Advantrx Pharmaecuticals Inc. | | None | J | T | | | | | |
| 28. New Gold (NGD) | | None | K | T | | | | | |
| 29. Newmont Mining Corp. (NEM) | A | Dividend | J | T | | | | | |
| 30. Novacopper Inc. (New name of Sunward Resources Ltd. | | None | J | T | | | | | |
| 31. Progen Pharmaceuticals Ltd. Ordinary Shares IAIN (DC) | | None | J | T | | | | | |
| 32. Rye Patch Gold Corp. (RPM) | | None | J | T | | | | | |
| 33. Shui On Land Ltd. (0272) | | None | J | T | | | | | |
| 34. Silver Wheaton Corp. (SLW) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 04/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Sino Land Co. (83) | A | Dividend | J | T | | | | | |
| 36. Specie Assets (Spc) | | None | M | T | | | | | |
| 37. Suntec Real Estate Investment Trust NPV | | None | J | T | | | | | |
| 38. Sunward Resources Ltd. (SWD)(y) Merged with Novacopper Inc. | | None | | | | | | | |
| 39. Telik Inc. | | None | J | T | | | | | |
| 40. Brkr # 2 Treasury MMkt Capital Reserves (y) | A | Dividend | M | T | | | | | |
| 41. Turquoise Hill Resources Ltd. (TRQ) | | None | J | T | | | | | |
| 42. Zijin Mining Group Co. Ltd. (2899) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 04/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This explanation/information regards Part III (B):  This item was inadvertently omitted from the 2012 Financial Disclosure Report.

These explanations/information regard Part VII:

1.  Line 2:  Pursuant to Judicial Conference of the United States Committee on Financial Disclosure letter dated September 2011,  we report that the taxable value of the property according to the Yavapai County Assessor is $196,737.  According to the same entity, the assessed market value is $223,755.

2.  Line 14:  In prepartion of this Financial Disclosure Report (FDR), the fact that a dividend was received and the range amount received during the year, if any, are both reported on the inital line that identifies the asset.  Dividends distributed at intervals during the year were compiled in that single line item.  See line item 40 as well.

3.  Line 17:  GCU acquired Irving Resources Inc. on 11/18/2015.

3.  Line 22: In 2014, we advertantly reported the combined total of cash and stocks held in Broker # 3 rather than just the cash only.  The stocks with value ranges had been reported as line items on the FDR.  The combined effect was to double count the stocks.  In 2015 we corrected for that error.

4.  Line 38:  On 06/25/2015, Sunward Resources LTD. merged with Novacoppper Inc. and will be reported as Novacopper.

5.  Line 40:  See item 2, above.

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 04/29/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George H. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544